November 24, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

YVONNE VILLALON, Appellant

NO. 14-14-00556-CV                    V.

MARIA S. GALINDO, Appellee

_____

This cause, an appeal from the judgment signed April 24, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order appellant Yvonne Villalon to pay all costs incurred in this appeal. We further order this decision certified below for observance.